**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES HENRY HAWKINS ) | Case No. 20-30048-KLP |
| ) | Chapter 13 |
| ) | Trustee:  Carl M. Bates |
| Debtor ) | |

**NOTICE OF APPLICATION BY**
**KANE & PAPA, P.C. FOR SUPPLEMENTAL COMPENSATION**

Kane & Papa, P.C., counsel for the above debtor has filed a Supplemental Application for Allowance of Compensation pursuant to 11 U.S.C. §§ 330(a) and 503(b)(2) and Federal Rules of Bankruptcy Procedure 2016.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the application, or if you want the court to consider your views on the application, then, within fourteen (14) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    P.O. Box 508
    Richmond, Virginia 23218-0508

- Attend the hearing scheduled for **June 3, 2020 at 10:00 a.m. at 701 East Broad Street, Room 5100, Richmond, VA  23219**.  If no timely response has been filed, the Court may grant the relief sought in the application without a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an Order granting relief sought in the application, and may enter an Order granting that relief without a hearing.

Dated: May 15, 2020                                        KANE & PAPA P.C.


By: /s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218-0508
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*


**CERTIFICATE OF SERVICE**

I certify that on May 15, 2020, I have transmitted a true copy of the foregoing document electronically through the court's CM/ECF system or by mail to the debtor, chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all necessary parties as listed on the matrix attached herewith.


/s/ James E. Kane
James E. Kane
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES HENRY HAWKINS ) | Case No. 20-30048-KLP |
| ) | Chapter 13 |
| ) | Trustee: Suzanne E. Wade |
| Debtor ) | |

**APPLICATION BY KANE & PAPA, P.C.**
**FOR SUPPLEMENTAL COMPENSATION**

  **COMES NOW,** Kane & Papa P.C., counsel for debtor, and pursuant to 11 U.S.C. §§ 330(a), 331(b)(2), and 503(b)(2) and Federal Rules of Bankruptcy Procedure 2016, respectfully applies to the Honorable Court for approval and payment of supplemental fees in the amount of $1,754.50 which includes attorney fees of $1,754.00 and costs of $4.50.

1. The period covered by this application is for additional work not included in the initial "no-look" fees through the date of this Application.

2. Fees in the amount of $5,434.00 have either been previously paid by the debtor or approved for payment through the Chapter 13 Plan.

3. James E. Kane was admitted to practice law in 1989 and has been practicing for 30 years. The hourly rate charged by James E. Kane is $350.00 per hour for attorney time.

4. Pursuant to Bankruptcy Rule 2016(b), a Disclosure of Compensation of Attorney for Debtor(s) has been filed in this case and Notice of Filing of Rule 2016-1 Disclosure of Compensation was served on the Debtor and the Standing Trustee pursuant to LBR 2016. No objection to the compensation requested in the Disclosure Statement has been filed by either the Standing Trustee or the Debtor.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218-0508
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

5. Supplemental Compensation is requested for time and costs related to the following services:

   **Professional services rendered to the debtor in connection with the preparation and filing of an Adversary Proceeding to Determine Validity, Extent and Priority of Lien pursuant to 11 U.S.C. § 506(a) filed on January 20, 2020, resulting in a judgments in favor of Debtor entered by the Court on April 1, 2020 and May 12, 2020.**

6. Charges have not been included for the preparation and cost for noticing of the fee application and any court appearances related to the application. An itemized statement of services and fees is attached hereto as Exhibit "A" and is incorporated herein by this reference.

7. James E. Kane has reviewed the Debtor's budget and believes that the Chapter 13 Plan provides sufficient reserves or may be extended in time so that payments requested herein may be made without prejudice to any creditor. Upon information and belief, payment of the requested compensation will not reduce the dividend to unsecured creditors as provided in the most recently confirmed Chapter 13 Plan.

**WHEREFORE**, Kane & Papa P.C., respectfully requests this Honorable Court to approve supplemental fees in the amount of $1,754.50 to be paid through the Chapter 13 plan as an administrative expense claim pursuant to 11 U.S.C. 503.

    Respectfully submitted,

    KANE & PAPA P.C.

    By:    /s/ James E. Kane
           James E. Kane (VSB #30081)
           KANE & PAPA, P.C.
           P.O. Box 508
           Richmond, VA  23218-0508
           (804) 225-9500 (phone)
           (804) 225-9598 (fax)
           *Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I certify that on May 15, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the debtors, chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all necessary parties, as listed on the matrix attached herewith.

                                                /s/ James E. Kane
                                                James E. Kane
                                                Counsel for Debtor

**Kane & Papa, P.C.**
PO BOX 508
RICHMOND, VA  23218 US
804-225-9500
jkane@kaneandpapa.com

# INVOICE

**BILL TO**
James Hawkins
6819 Silliman Drive
Chesterfield, VA 23832

**INVOICE #** 5998
**DATE** 05/15/2020
**DUE DATE** 06/01/2020
**TERMS** Due on receipt

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/20/2020 | **Consulting:Legal** Review property valuation on 6819 Silliman Drive, Chesterfield, VA  from, tax assessment; review first and second DOTs and, balances with U.S. National Bank/Select Portfolio Servicing, Inc.; review judgment and lien by Western Development, LLC;  review judgment and lien by Joseph Jenkins, Jr. Funeral Home, Inc. | 1.10 | 350.00 | 385.00 |
| 01/20/2020 | **Consulting:Legal** Prepare Complaint against Western Development, LLC and Joseph Jenkins, Jr. Funeral Home, Inc. and file with the Court | 1.30 | 350.00 | 455.00 |
| 01/22/2020 | **Consulting:Legal** Review Summons and serve Summons and Complaint on Western Development, LLC and Joseph Jenkins, Jr. Funeral Home, Inc. and and file certificate of service and file with court | 0.30 | 350.00 | 105.00 |
| 01/22/2020 | **Postage and Delivery** Postage and Copy Charges | | 2.50 | 2.50 |
| 03/23/2020 | **Consulting:Legal** Review Motion of Western Development to Extend Time to File Answer; review Answer of Western Development | 0.20 | 350.00 | 70.00 |
| 03/27/2020 | **Consulting:Legal** Negotiate settlement with counsel for Western Development; review Consent Order prepared by counsel for Western Development, LLC and approve the same | 0.50 | 350.00 | 175.00 |
| 03/31/2020 | **Consulting:Legal** | 1.20 | 350.00 | 420.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Prepare Motion for Entry of Default and Default Judgment against Joseph Jenkins, Jr. Funeral Home, Inc. and file with the Court and serve on defendant | | | |
| 03/31/2020 | **Postage and Delivery**<br>Postage and Copy Charges | | | 2.00 |
| 05/08/2020 | **Consulting:Legal**<br>Prepare Order Granting Default Judgment against Joseph Jenkins, Jr. Funeral Home, Inc. and submit to Court for entry | 0.40 | 350.00 | 140.00 |

Hawkins v. Western Development, LLC and Joseph Jenkins, Jr. Funeral Home, Inc.

BALANCE DUE

**$1,754.50**

```
Label Matrix for local noticing          U.S. Bank, N.A., successor trustee to LaSall      UST smg Richmond
0422-3                                   c/o Shapiro & Brown, LLP.                         Office of the U. S. Trustee
Case 20-30048-KLP                        501 Independence Parkway                          701 East Broad St., Suite 4304
Eastern District of Virginia             Suite 203                                         Richmond, VA 23219-1849
Richmond                                 Chesapeake, Va 23320-5174
Fri May 15 15:29:56 EDT 2020

United States Bankruptcy Court           Ballato Law Firm                                  Credit Acceptance
701 East Broad Street                    3721 Westerre Parkway                             25505 West 12 Mile Rd
Richmond, VA 23219-1888                  Suite A                                           Suite 3000
                                         Henrico, VA 23233-1332                            Southfield, MI 48034-8331


(p)JEFFERSON CAPITAL SYSTEMS LLC         Joseph Jenkins Funeral Home                       Mrs. Haeja O. Namkoong
PO BOX 7999                              2011 Grayland Ave                                 8651 Nesslewood Rd
SAINT CLOUD MN 56302-7999                Richmond, VA 23220-5807                           Henrico, VA 23229-3170


Select Portfolio Servicing, Inc          Select Portfolio Servicing, Inc.                  T Mobile/T-Mobile USA Inc
Attn: Bankruptcy                         P.O. Box 65250                                    by American InfoSource as agent
Po Box 65250                             Salt Lake City, UT 84165-0250                     4515 N Santa Fe Ave
Salt Lake City, UT 84165-0250                                                              Oklahoma City, OK 73118-7901


Verizon                                  Verizon                                           WESTERN DEVELOPMENT, LLC
P.O. Box 660720                          by American InfoSource as agent                   GOODWIN-JONES & PRICE, PC
Dallas, TX 75266-0720                    4515 N Santa Fe Ave                               20 S. AUBURN AVE.
                                         Oklahoma City, OK 73118-7901                      RICHMOND, VA 23221-2910


Western Development, LLC                 Westviewfnsv                                      James E. Kane
3610 South Place                         1068 Temple Ave                                   Kane & Papa, PC
Alexandria, VA 22309-2201                Colonial Heights, VA 23834-2981                   1313 East Cary Street
                                                                                           P.O. Box 508
                                                                                           Richmond, VA 23218-0508


James Henry Hawkins                      John P. Fitzgerald, III                           Suzanne E. Wade
6819 Silliman Drive                      Office of the US Trustee - Region 4 -R            341 Dial 877-996-8484 Code 2385911
Chesterfield, VA 23832-8340              701 E. Broad Street, Ste. 4304                    7202 Glen Forest Drive, Ste. 202
                                         Richmond, VA 23219-1849                           Richmond, VA 23226-3770
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mrs. Lee

(d)Western Development, LLC
3610 South Place
Alexandria, VA 22309-2201

End of Label Matrix
Mailable recipients    20
Bypassed recipients     2
Total                  22